ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE R. SHELDON and Others v. BOARD OF APPEALS OF THE CITY OF NEW YORK and FARMERS' LOAN AND TRUST COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of HELEN E. KELSEY, Deceased.— Motion denied, without costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

DOMENICO MONTESANO v. LUCRIE F. POST, Impleaded, etc.— Motion denied, without costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

HARRY BRANDORFF v. RODGERS & HAGERTY, INC.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

MAX WULFSOHN and Others v. RUSSIAN SOCIALIST FEDERATED SOVIET OF RUSSIA.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

LOUIS V. FOX and Another, as Executors, etc., v. LOUIS V. FOX and Others, Impleaded with BRUCE MORRISON, an Infant.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

MAKE MILLS v. FINLEY R. PORTER.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

440 WEST END AVENUE, INC., v. JOHN B. DEMPSTER.— Motion granted. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

BOOTH & FLINN, LTD., v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

ELIHU B. FROST v. ELECTRIC BOAT COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

MARY F. COMMERFORD v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Petition of GEORGE F. SCHWARZ and Others, Stockholders of the NEW YORK TRAP ROCK CORPORATION, etc.— Motion for stay granted. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

WILLIAM J. BEAULEY v. HARRIET W. BEAULEY.— Motion for stay granted. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

WILLIAM J. BEAULEY v. HARRIET W. BEAULEY.— Motion for stay granted. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

ANNA DOMB v. LOUIS DOMB.— Motion for stay granted. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

LOUISE FORD v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY.— Motion for stay denied, with ten dollars costs, and stay vacated. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

ROBERT HERBST v. EMIL HUBER, Impleaded, etc.— Motion for stay denied and stay vacated. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

WILLIAM HARRIS, an Infant, etc., v. OTTO STEINWAX. WILLIAM HARRIS v. OTTO STEINWAX.— Motion granted. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN DORGAN.— Motion to dis-